Case 3:24-cv-01523-MAJ Document 65-6 Filed 01/16/26 Page 1 of 1



De Abelardo Díaz Alfaro

# "Los Perros"

Por ADELAIDA LUGO SUAREZ

Para ver este cuento en toda su mayúscula expresión literaria conviene engranar su fundamento filosófico a su dirección sociológica, a su pórtico teológico y a su vivenciación humana (puertorriqueña y universal) en el plano del arte. Confieso que desde que lo leí he visto a un Puerto Rico encaramarse en gozoso vuelo a cimas de literatura mundial. No se siente por ninguna de sus células metafóricas el alarido pregonero, el púlpito o la tarima y esto hace más vigorosa la intencionalidad de este verdadero artista. Como abre con el versículo 16 del Salmo 22, invita a la reflexión teológica, al repaso del mundo interior que se plasma en poesía bíblica. Según los exégetas del Antiguo Testamento, el Salmo 22 es una unidad que puede subtitularse De abandonado por Dios a vencedor en Dios.(1)

## I. EL SALMO Y EL CUENTO

Sin duda alguna hay cierta afinidad general entre ambos, pero no se cumple en abierta intencionalidad de teología porque entonces ya no sería lo que es: un cuento. Los autores de cada expresión (Salmo 22 y Los Perros) son seres en sufrimiento íntimo y en dolor de sociedad. No hay duda que ambos se sienten abandonados por Dios, en medio de sus profundos sufrimientos psíquicos, en medio de sus angustias de hombres. En el salmista, sin embargo, el sufrimiento es medida misma de Dios, sostén firme de. El, "que le hace esperar desde que estaba a los pechos de la madre". Ambos dicen que han sido formados en una existencia de enemigos fuertes,fríos que, como perros les han horadado manos y pies. El versículo 16 que se alza al principio del cuento es la entrada a la meditación social, resumen del doloroso existir en la colectividad hasta encontrarla centrada en sus propis mentes. Ambos claman por la liberación de sus espíritus.

El salmista, empero, en medio de crueles tormentos, hace votos y tiene la plena seguridad que Dios le ha escuchado y su alabanza se convierte en homenaje universal. La subida a la cumbre del cerro Farallón, el acto mismo de afirmarse en ella al final, se obtiene con más signos de humana realización, que por la divina intercesión hay en toda la lucha por ganarla el recuento de un humano estoicismo que termina con la muerte, plácida, pero definitiva y compacta, juego de sombras vagas y densas. La asimilación del versículo 16, no de todo el Salmo 22, permite la especial contextura existencialista del cuento. Como mi deber era leerlo como creación y tratar de recrearlo como tal, no me detengo únicamente en esto, pero a nadie debe disgustarle que me fije en algo que el cuento presenta en primer término.

## II. ASUNTO Y TEMA

Podemos expresar el asunto de manera breve y clara, salvándolo de las peripecias intuídas, presentidas o imaginadas, mientras se lee. Se trata de un caballo maduro, (no viejo en años, sino en espíritu, en dolor interno), que tema a los perros físicos y mentales y una mañana siente deseos de subir a la cumbre de un cerro; lo perros lo siguen; él llega antes que ellos; siempre lo atacan y sin lograr arrancarlo de ella, en la cumbre precisamente muere.

Utilizando el tejido mismo del cuento, casi sin esfuerzo imaginativo, se nota el siguiente tema central: El hombre sólo consigue su afirmación definitiva en la muerte; afirmación es liberación.

## III. TEMAS SECUNDARIOS

La lista de los otros temas es larga: pongamos como ejemplos los siguientes:

a) la existencia humana es un andar perezoso y sin rumbo por los caminos;

b) la muerte libera al hombre del fatigante andar;

c) el suicidio es un posible modo de afirmarse;

d) la existencia es una escultora de hombres;

e) la juventud sólo se vuelve recuerdo;

f) la impotencia espiritual duele más que la física;

g) la existencia es día; la muerte, noche pavorosa;

h) la meta última del ser mismo del hombre es un ideal cimero, lleno de angustiosas experiencias

i) la existencia es un reto que debe encararse para ser hombre

j) el hombre es un ser en miseria, un ser precario en desamparo

k) en muchos casos, las experiencias existenciales limitan la libre acción del hombre

l) la sociedad está compuesta de perros crueles que persiguen a aquellos seres que se hacen en el sacrificio

m) el dolor está en la esencia misma del hombre

n) la cobardía está en contraste violento con el heroísmo moral

o) la voluntad es el acicate más fuerte del espíritu

p) la muerte es un conjunto de sombras definitivas y compactas

Esos son los más evidentes, pero ahí no terminan. Pueden comprobarse con palabras y aspectos técnicos del cuento. Por ejemplo, véanse estas citas y emparéjense con algunos de ellos:

1) "Eran ya parte de su existencia, de su andar perezoso en los caminos"; "...fuera de su miseria, de su andar sin rumbo en los caminos. . ."

2) "Sabía del suicidio de algunas bestias. . . Eso era preferible".

3) "Era un dolor agudo, un dolor sin nombre".

4) "Las cabezas bajas husmeando su huella precaria, su sombra indecisa".

5) "La noche pavorosa lo sorprendería en el camino".

6) "Presintió la muerte del día, el advenimiento de la noche profunda, de la noche infinita".

7) "Afirmó la esquelética figura sobre la cumbre".

El tema de la fe, que no aparece expuesto abiertamente



Adelaida Lugo Suárez

de ninguna manera que yo la sienta como un hecho de estímulo vital, podría quizá descubrirse en el claroscuro metafísico de: "Andaba como desbocado. Había perdido ese misterioso instinto que guía las bestias en las noches sin luna".

## IV TECNICA

Propongo el siguiente plan técnico del material poético: la introducción abarca, a mi juicio desde la primera oración — "El Rucio era ya una estatua deteriorada" — hasta la oración que sintéticamente reclama, con profundos atractivos nuestra atención: "Sintió deseos de subir hasta la cumbre del riscal Farallón". Esta misma oración comienza la angustiosa y desesperante experiencia del desarrollo donde se cumple la subida (e incluye naturalmente el punto culminante del encuentro del Rucio con los perros en la cumbre). El desarrollo termina para mí en la oración "Fue alzando majestuosamente la cabeza". Aquí comienza el radiante espectáculo del desenlace donde se plasma la afirmación espiritual de la "esquelética figura del Rucio sobre la cumbre". El recurso técnico mejor empeñado en arte es la descripción, vibrante de poesía (imágenes, metáforas, símiles, etc.) y escultura en palabras.

En la primera fase del cuento el señor Díaz Alfaro describe, en los tres párrafos iniciales al Rucio, "esculturándole" como sólo puede hacerlo él que se ha movido hasta hoy, como artista, entre verbos novedosos, imágenes de plasticidad inolvidable que se nos graban en el corazón y la imaginación, haciendo que el cuento sea más cuento dentro de nosotros. Los cuentos que se quedan en el papel, sin pincharnos, sin hacernos mundo, son cuentos a medias. Este es un cuento como pocos.

Después de la descripción del Rucio, "estatua deteriorada, conjunto de instintos" donde únicamente late en sed de mundo un ojo, trasunto opaco de su propia alma repleta de seres y cosas, porque todo lo demás es impotencia, indiferencia, menguado resumen de vida, sobreviene la pregunta de múltiples rincones interpretativos — ("¿Por qué los caballos no mueren antes de llegar a los caminos?") La doctora Monelisa L. Pérez Marchand la vio en toda su más elocuente claridad y dice: "Lo que equivale a tanto como a cuestionar: ¿Por qué no puedo yo cumplir mi voluntad de afirmar mi existencia individual?" (2) El autor presenta un posible modo de contestar esa pregunta al eludir al suicidio del toro Josco y cuando concluye: "Eso era preferible".

La oración párrafo que sigue a la alusión referida es otro modo de encarar filosóficamente dicha pregunta: "Los caballos en los caminos, mueren lentamente, día a día, hora a hora" — el morir es una experiencia existencial que se cumple lentamente: nacer es comenzar a morir. A esto sigue la forzosa alusión a los perros que dan título al cuento, destacando el elemento no triunfante del mismo, sino el conjunto de fuerzas y experiencias del lento existir que limitan el proceso de afirmación del hombre en la tierra. ¿Por qué no se titula El Rucio? El autor no lo quiso así para los efectos de un cuento existencialista, donde se prueba el valor formativo de la circunstancia que se transforma en sustancia interior. Si yo lo hubiera escrito, lo habría titulado El Rucio porque es exactamente él, el que queda definido como Rucio, en y por los perros, pero naturalmente no sería el cuento de este formidable escritor.

Si el existir implica encontrarlos en el camino, en la subida a la cumbre, entonces con más gozo cristiano, debemos luchar por hacerlo y así nos hacemos nuestro propio yo en el camino, bendiciéndolos como elementos necesarios al crecimiento de nuestra conciencia individual.

El punto de vista es el del narrador omnisciente de tercera y el centro de interés dramático-patético, el Rucio. Como se trata de recrear el cuento en tanto, es cuento, mantengo la clasificación de éste como un cuento simbólico, donde resaltan personajes, hechos y palabras para representar el cuadro de la existencia de un hombre como índice de la humanidad, con la exuberancia de una filosofía existencialista muy personal.

El cuento parece que se desarrolla en el mismo escenario de El Josco: el valle de Toa, el cerro del Farallón, en la naturaleza de las vivencias del señor Díaz Alfaro, llena de mañanas y ocasos pletóricas de emoción poética, dentro de una atmósfera de adversidad filosófica, errabunda y patética. Lo maravilloso de su acontecer técnico es para mí el modo como va quedando hecho el cuento sin prisa, en la justa lentitud del sueño y la poesía, en armonía con la realidad de su fondo ambiental. En realidad, el cuento en sí comienza, cuando "pasada la noche lunada", feliz anticipación, el Rucio sienta deseos de subir a la cumbre aquella mañana y se toma el día en hacerlo, pues su muerte coincide con el declinar del día. Las sombras de la noche que avanza se confunden con la masa compacta de su muerte. No se pierda un segundo, interés dramático en lo porvenir; la lectura produce el cuento sin torceduras, sin desgaste; nada se desperdicia. El final técnico lo constituye a mi juicio, la oración: "Una sombra definitiva y compacta". El final queda abierto en nosotros a la peripecia del análisis, la cuestión, el cosquilleo poético, hasta la discrepancia. . . al sentir que ese triunfo final no queda soldado en la intensidad de una exigencia teológica, por ejemplo.

## V. EL ESTILO

La imagen central del cuento es escultórica y está en la circulación vital del estilo de este cuentista. Ilústranla estos momentos lexicológicos: "El Rucio era ya una estatua deteriorada; "la cabeza derrumbada, la crin rala. . . los ijares al relieve esculturándole el costado"; "una escuálida estatua de luna"; "una escultura de músculos y tendones en voluntarios trote"; "una estatua cenicienta, voluntariosa". . .

Oras metáforas, imágenes y símiles son espléndidas: "ojo, coágulo de luz turbia, espejo opaco de seres y cosas"; (lo repite diecisiete veces, si mal no los conté: el singular significa para mí el Rucio y en plural son Los perros. Insiste más en el singular, o sea el ojo del Rucio, trasunto de su alma); el rabo lacio que se movía lentamente como péndulo ocioso del cuerpo en derrota"; "la pelambre de mosaico florecida de mataduras — estrellas purulentas"; "un remo que sonaba al andar "como el torpe bastón de un ciego en la noche" (lo repite); "él era un espectro de luz"; "presentía las lenguas rojas, babosas de plata" (imagen que enaltece la baba espumosa de los perros); "vibrábale el armazón del cuerpo — árbol seco al viento del abra"; "sonaban a los lejos cual risas lunáticas"; "una sombra luminosa de colmillos albeantes; levantó "la testuz estrellada cortando el azul radioso"; "relincho que viboreó como un látigo en los taludes del Farallón"; "los remos delanteros manoteando el azul en jubiloso desborde de bríos"; "quebró la mañana con un ladrido interminable"; "un silencio pesado de sol se hizo sobre la vereda"; "caía plateado el camino morado de crepúsculo"; "volvió a escuchar el borboneo de las patas inquietas" y "un estribo de luz cárdena, pendía de las nubes sangrantes".

Al describir el cerro Farallón lo animaliza al parecer en un caballo (abundan las referencias a su "espinazo"; costado "perlado de rocío", "El Farallón era un lomo robusto ensillado de luces amarillentas"; "antes de que la noche domase el espinazo del Farallón"; "la cumbre encrestada de luces sangrientas" y "los guayabos de la cumbre eran perros de sombra"). Hay hermosas animaciones (algunas son personificaciones) de los herbazales que el viento destrenzaba. Un finísimo eufemismo para rememorar la juventud: "él supo de la holgura de los pastizales. . ." Los contrastes poéticos marcan suaves destaques de pintor honda: el Rucio y los perros, el potro estrellero y el potrito frente al Rucio, etcétera. . . La noche aparece personificada en el jinete que doma al cerro. La adjetivación es justa, en mayores toques de posposición que saturan el decir de cosa aparentemente fácil. Hay una gran amalgama de verbos, adjetivos, imágenes de color, auditivas y olfativas, sin el estruendoso apaotaje de una sintaxis rebuscada. Todo fluye desde un motivo interior que guía toda la composición hacia una cumbre de éxito literario.

## VI. LOS PERSONAJES

Se ha dicho que es cualidad de los grandes espíritus creadores, de los escritores de estatura universal, el don de crear seres de carne y hueso con el poder de las palabras, sobre el sumiso sésamo de los papeles. Comentando esto con mis discípulos, les adelantaba lo que ya se ve plenamente: cuando el señor Díaz Alfaro desaparezca del teatro de la acción vital, sus grandes personajes, seres de carne y hueso, — el toro Josco, el viejo Domingo, el Rucio, etcétera. . . entonarán el coro eterno de su nombre, por lo que debe sentirse lleno de alborozo como creador y utilizar esto como estímulo para seguir luchando, con fuerza y vigor de gigante moral. Los personajes de Los Perros: el caballo Rucio, los perros (de presa, caseros, satos), el perro negro, el personaje nominal (por alusión) del Josco, el potro de silla ("estrellero'), el potrito, las moscas azules, los caballos nombrados en plural, el cerro del Farallón, lomo donde se alza el cuento, etcétera son todos simbólicos. El caballo Rucio es para mí el hombre maduro (puertorriqueño en instancia y circunstancia) pero el hombre universal al fin y al cabo, por haber sido visto en hazaña de mundo existencial, en caracterización heroica. Los perros, (de presa, caseros y satos) pueden ser las fuerzas sociales, las tres clases sociales, los enemigos, los obstáculos que definen al hombre existente, el potro de silla (la adultez pletórica y pasiones); el potrito (la juventud traviesa, juguetona), la sonrisa de la vida, la alegría que se vuelve recuerdo, etc. . . Las palabras ojo y ojos, camino y caminos, cumbre, noche y día son también simbólicos de la compleja sinfonía de este cuento.

## VII. EQUILIBRIO FINAL

No hay duda que Los Perros revelan progreso notable sobre El Josco. No es que el estilo sea mejor; es el mismo estilo como síntesis de un mismo escritor, pero superación en lo filosófico, en lo técnico, en lo literario en total. Si el suicidio era el tema central en El Josco, acá es la muerte esperada, la luminosa esencia de sus valores, pero aún queda ésta expresada al final de una larga y escabrosa situación de existencia, como broche mejor que la vida. Para mí la existencia queda dignificada en la muerte entendida como algo superior, no vacío, no como cosa oscura y pavorosa, pero la espero sin estoicismo rebelde, paladeando hondamente el grueso volumen de las lecciones de la vida, que son mejores maestras que los libros de las bibliotecas, más sabias que los profesores a sueldo. Así se lo confieso a mis discípulos en las tímidas confidencias de lecciones con ellos. No puedo sustraerme del grato y sabio influjo de algunas mentes a las que doy mi respeto con profundo agradecimiento: mentes familiares, mentes amigas de maestros. . .

### NOTAS

(1) Comentario bíblico de Abingdon, Ed. inglesa dirigida por Federico Eiselen, Edwin Lewis y David G. Downey, Tomo II, Buenos Aires, Librería "La Aurora", 1939, p. 115.

(2) Monelisa L. Pérez Marchand, Notas en torno a "Los Perros", cuento de Abelardo Díaz Alfaro, Segunda Parte, El Mundo, 16 de noviembre de 1957.

# Hallazgo

Por GUSTAVO AGRAIT

*No una hora cualquiera, mas la hora;*
*la que siempre esperaba sin saberlo.*
*Es la hora sin nombre que hoy me alcanza*
*en el sur de la leve tierra mía.*

*¡Campos del sur, sin aguas y sin verdes,*
*olorosos a sal; barbas de húcar;*
*mágica tierra*
*perpetua maravilla*
*suspendida en milagro de equilibrio*
*entre azules de mares y de alturas!*
*Salitrales de mica reverberan*
*a la vera de un mar multiazulado*
*en cuya blanca arena nívea espuma*
*las bestias de la mar caracolean.*
*El agrio cacto clava*
*su felina caricia en el paisaje*
*y las auras tiñosas planeando*
*en esferas de azul y de blancura,*
*se redimen de carne y podredumbre.*

*Este instante tan raro ¿por qué ahora?*
*¿Milagros del azar*
*o providencia*
*más vieja que los siglos, infalible?*
*¿Niñez, juventud, adolescencia?*
*¿Son recuerdos, son ansias, son presagios?*

*Nada importa saber:*
*esta es mi tierra;*
*y en mi mano esta luz,*
*este mar, este cielo, este momento.*

*Nada puedo pedir:*
*mírame en vilo.*

(De AGUINALDO LIRICO DE LA POESIA PUERTORRIQUEÑA, Tomo III, por Cesáreo Rosa-Nieves).

# Libros Recibidos

**Tiempos del Amor Breve,** por Emilio Delgado, Nueva York, Las Américas Publishing Company, Colección Símbolo, 1958, 45 páginas; poemas.

El autor, nacido en Corozal en 1904, reside en Nueva York. En Puerto Rico, fundó las revistas literarias Faro, Vórtice y Hostos, y dirigió el diario La Correspondencia. En Madrid, fue director del diario Ahora.

Actualmente la editorial Las Américas tiene en prensa otra



Emilio Delgado

obra suya: Cancionero de Corozal, que recoge el folklore de ese pueblo.

La Colección Símbolo, que dirige Gaetano Massa, ha publicado además: Decir del Propio Ser, de Jorge Luis Morales; Abrazo Interno y Arboles, de Clemente Soto Vélez; Dominio entre Alas, de Carmen Puigdollers; Fantasía Boricua, de María Teresa Babín; Carne y Sombra, de Egla Morales Blouin.

—o—

**La Medicina Moderna,** por el doctor José Mendín Sabat, San Juan, 1957, 206 páginas; impreso en Barcelona por Ediciones Rumbos.

La obra contiene los capítulos: Introducción; El pronóstico de las enfermedades del corazón; La enfermedad iotrogénica del corazón; La lucha internacional contra el cáncer; Se desconoce la causa de la leucemia; Ultimos descubrimientos sobre la tuberculosis; Una de cada tres enfermedades es causada por virus; Los últimos progresos en la lucha contra la poliomielitis; Incidentes con la vacuna Salk; Una infección a virus que se parece a la poliomielitis; La utilidad de la vitamina B; La deficiencia de la vitamina P; La importancia de la vitamina E; La úlcera del estómago es más frecuente de lo que muchos creen; Apéndice y amígdalas son órganos necesarios; La amígdala es órgano — Defiende el organismo; Un científico descubre que existe una reacción de alarma; Nuevas drogas combaten el peligro de los somníferos.

Avances en el tratamiento de enfermedades mentales; En el Congreso médico de Evian se discutió sobre la litiasis renal; Causas de litiasis urinaria; La litiasis oxálica del riñón; La terapéutica celular o citoterapia; Efectividad de la citoterapia en diversas enfermedades; La citoterapia ayuda a muchos enfermos incurables; La terapéutica biológica del cáncer; La moral médica, tema principal de varios Congresos; Uso y abuso de la transfusión sanguínea; El peligro del monóxido de carbono.

La Asociación Médica Mundial trata problemas sociales (1955); La Asociación Médica Mundial trata sobre seguridad social; La América Latina confronta problemas médico-sociales; Deficiencias de Hospitales; discutidas en Convención; Hechos médicos de mayor importancia de 1954; La medicina logra nuevos éxitos durante 1955; 1955 fue fructífero en el campo de antibióticos; Avances de la medicina en 1956; Años de logros en pediatría; Radiaciones peligrosas.

Poesía Puertorriqueña

# Un Libro de Juan Antonio Corretjer

Por LUIS HERNANDEZ AQUINO

Juan Antonio Corretjer nos ofrece un nuevo libro de poemas, esta vez con el raro nombre de Yerba Bruja. Pertenece la obra a un ciclo de publicaciones poéticas que el autor titula Imagen de Borinquen, de cuyo ciclo es la cuarta publicación. La obra está dedicada a la memoria de otros poetas nuestros que crearon poesía de tono criollo, de tema telúrico y patriótico: Santiago Vidarte, Daniel Rivera, Gautier Benítez, José Gualberto Padilla, Pachín Marín, José de Diego, Virgilio Dávila y Luis Lloréns Torres, en quienes encuentra J. A.C. filiación y denomina, asimismo, imagineros de Borinquen.

En el prólogo de esta obra explica el autor su propósito creativo. Con palabra cargada de emoción y ardimento, Juan Antonio vuelve por el fuero de lo indígena, que toma como punto de apoyo para convertirlo en actualidad viva y palpitante. Es de ese modo que Corretjer dice a la presente generación que aquí, dentro de nosotros, y ahí, en frente, están las vivencias de lo indígena nuestro, que aunque despreciado por unos y olvidado por otros, es parte de nuestro auténtico ser puertorriqueño.

Juan Antonio Corretjer va mucho más allá de lo indigenista pictórico; supera la tradicional querella lascasista, creadora de la Leyenda Negra antiespañola y también sobrepasa lo que de propaganda, en el sentido más despreciable — pues poco se ha hecho por el indio en América — tiene este tema desde la época de la Independencia suramericana. Valdría decir, que aunque Corretjer quiere platonizar el tema indígena, este salta de todo propósito platonizante, no empece la desaparición del taíno borincano desde el mismo siglo dieciséis, para plantársenos vivo en la flora, la geografía, la toponimia y mucho másen ciertas actitudes puertorriqueñas. De ello hace poesía con anécdota Juan Antonio Corretjer, buena poesía, cuya emoción reafirma la puertorriqueñidad. De ahí que esta obra valga mucho más, en el sentido de afirmación cultural, que muchos discursos, actos y conferencias, muy a la orden del día por el oficialismo, que por el mero hecho de ser oficiales, pierden en su valor intrínseco.

Se le debe a Juan Antonio Corretjer un buen estudio literario. Su obra poética, que ha seguido una línea de pulso seguro en lo que respecta a lo puertorriqueño, lo merece. Es el poeta nuestro que sin vacilaciones, con pasión y ternura al mismo tiempo, ha cantado al hombre y la tierra puertorriqueños. Lo ha hecho con una ternura viril, como si se fundieran en su poesía Gautier Benítez y Lloréns Torres. Los títulos de sus libros son un buen índice de la labor lírica realizada por este poeta nuestro que figura en la constelación de aquéllos a quienes dedica la obra. Más de veintiséis años de poesía, de intensa creación, han dado el siguiente catálogo: Agueybana, 1932;



Portada de 'Yerba Bruja' por Rafael Tufiño

Ulises, 1933; Cántico de Guerra, 1937; Amor de Puerto Rico, 1937; El Leñero, 1944; Los Primeros Años, 1950; Tierra Nativa, 1951; Alabanza en la Torre de Ciales, 1953; Don Diego en el Cariño, 1956; Distancias, 1957 y ahora Yerba Bruja.

Esta nueva obra poética se divide en cuatro partes: Yerba Bruja, Recreaciones Panorámicas, Cosas con que Cuento y Fin de Fiesta. La primera parte, que consta de poemas octosílabos y otros de versos endecasílabos con combinaciones heptasílabas alteradas a veces, es la sección en que lo indígena está mucho más presente en la alusión al léxico, la flora y la fauna. De esta sección es el poema Boca del Toa en donde capta más artísticamente el autor lo indígena en versos de finura poética y penetración intuitiva:

"El agua entre las yerbas
(extendía
un rumor lento y largo. . .
Era un algo remoto que
(volvía,
de ancestrales honduras
(regresado:
y el fondo de la raza se
(vertía
entero ante mis ojos. . ."

Recreaciones Panorámicas está lleno de nombres de la toponimia indígena y de la geografía criolla, con alusiones de flora y fauna en menor escala. Con estos nombres es que el poeta espera "que le dejen soñar su patria". En esta sección de la obra, aparte de los versos endecasílabos, tiende el poeta al romance, como si el romance fuera la fragmentación de una épica que no hemos tenido ni en nuestra historia ni en nuestra literatura. Y nos da Juan Antonio lo popular también, que ofrece con coplas como la siguiente, que nos recuerdan al muy andaluz, pero más castellano Antonio Machado de los grises calvijares y los crepúsculos violetas:

"Pero si quieres perder
y no recobrar el habla,
ve con los ojos cerrados
y ábrelos en Guajataca."

En Cosas Con que Cuento disminuye lo indígena, que se nos da en alusiones. En esta sección la temática, la sustancia de la poesía, es lo criollo patrio, paisaje criollo, música de una rapsodia en tono menor. Un verso más libre a veces, de expansión biológica, en otras ocasiones la seguidilla española y el soneto endecasílabo. Es en una de esas estrofas de tono menor que canta a su hija bajo la denominación de Ayuburí, para recordarnos — con cuánta gracia y ternura — al paternal Martí de Ismaelillo.

El Fin de Fiesta con que finaliza el poemario trata temas de amor, del destino del hombre, de cosas de ocasión que andan en boca del pueblo y que son buena poesía popular dada en décimas, la noble décima tradicional española, que baja del pedestal culto para pasearse por el pueblo. Si esto no es la mejor poesía, la poesía de hoy, ello no viene a cuento. Sabemos que Corretjer es u poeta culto, de sensibilidad, que puede crear poesía dentro de las corrientes estéticas contemporáneas, pero él no se traiciona a sí mismo. Cree que la poesía tiene una misión no meramente estética, que debe llevar un mensaje, y mucho más una obra como Yerba Bruja, donde "nuestra añoranza indiana es nostalgia de libertad".

Cuenta esta obra con valiosas notas explicativas y un glosario de términos indígenasy populares, preparado por doña Consuelo Lee Tapia, esposa y colaboradora del autor, los cuales ayudan a la comprensión del texto poético.

Libros de poemas como este que comentamos, son los que verdaderamente enriquecen el acervo bibliográfico puertorriqueño, dándole un sentido de realidad a nuestra literatura. El tema criollo, que ha entrado en un nuevo cicloliterario, muy en boga hoy en ateneos y academias, gana altura en obras como la de Corretjer, en quien no es mera moda pasajera con estridencias más o menos políticas y sí sustancia, vida y realidad permanente.

Cuento del Montón

# Pompeyo Vinagre

Por ALFREDO MARGENAT

A Pompeyo Vinagre se le importaba un pito que le llamaran "amargao" y le tiraran a la cabeza una palangana de motes que a cualquier pelafustán hubieran sacado de quicio. Pero Pompeyo sentía un eufórico orgullo en apellidarse así: Vinagre. Su apellido correspondía lindamente a su estilo peculiar de escribir. Pompeyo Vinagre tenía fama de escritor vitriólico, cáustico punzante, estruendoso, hecatómbico. Alguien había dicho que él no usaba tinta cuando escribía: usaba vinagre. Sin embargo Pompeyo Vinagre negaba rotundamente semejante tontería, y decía: "Es cierto que no uso tinta. Pero no uso vinagre. Lo único que uso es bilis. Cada vez que me pongo a escribir me aprieto el hígado. Sale un chorrito de bilis, lo capturo en un tintero y ya tengo tinta para rato."

Probablemente Pompeyo Vinagre tenía sobradísima razón, porque sus escritos chorreaban bilis desde la primera oración hasta la última. No creía en nada. Ni en él mismo. Cuando alguien un día le preguntó si creía en Dios, respondió con un grito: "Yo no creo ni en la luz eléctrica".

Cualquiera, al leer los artículos de Pompeyo Vinagre, lo suponía un "enfant terrible". Pero Pompeyo Vinagre no tenía nada de terrible. Era un buenazo en su fondo, y no era capaz de matar un mosquito. Sin embargo, contaba historias de duelos, tiros, y venganzas cometidas en la sombra. Algunos palurdos que acudían al café donde se celebraban tertulias literarias se tragaban las historietas de Pompeyo Vinagre. Pero los que le conocían a fondo, se reían para adentros de las fanfarronadas de Pompeyo Vinagre.

Un día se me ocurrió entrevistarle. Acogió la idea tosiendo como un tenor en desgracia. Me miró. Prendió un cigarrillo. Pidió dos pocillos a un mozo que tenía cara de alacrán civilizado, y me dijo:

—Por tratarse de usted, voy a concederle la entrevista.

Comencé a preguntarle de donde diablos sus antecesores habían sacado el truculento apellido de Vinagre. Se encogió de hombros y me dijo: — A lo mejor sería mi tatarabuelo Segismundo que por vino bebía vinagre. Esto le daba valor para apalear a los peones que tenía en su hacienda.

—¿Ha publicado algún libro?

—Nunca, ni pienso publicarlo. En este país tiene más mercado un ñame o un bacalaíto frito que un libro.

—¿Qué poeta usted cree que merece su elogio?

—Ninguno. A mí los poetas me revientan, inclusive usted mismo cuando se apea con una sarta de versos. A los poetas los mandaría yo a la luna como conejillos de Indias. Los gobiernos de Rusia y de Estados Unidos debían darle la prioridad a estos terrícolas que se llaman poetas para ir a la luna metidos en un cohete o un satélite artificial. Toda la vida se la han pasado cantándole a la luna. Vamos a ver qué hacen cuando se vean precipitados en los lóbregos cráteres de la luna.

—¿Visita usted el Ateneo?—

—No señor. No soy de los intocables.

—¿Por qué usted cultiva la burla hirirente en sus escritos?

—Ajá. ¿Qué se merece esta humanidad tonta e insípida sino burlas, chacotas y chirigotas? Además, creo necesarios los raticidas en nuestro medio ambiente literario y no literario. Si me dejaran yo metería en una cámara de gas letal a tanto fatuo que se cree genio en esta tierra porque repite como un loro lo que ha leído de otros autores. Tenemos críticos, ensayistas, poetas, novelistas y dramaturgos que no son otra cosa que unos vergonzantes plagiarios. Y usted los vé por ahí en las esquinas y tertulias dándose más pistos que una vedette de moda.

—Me dicen que usted escribe con bilis. ¿Que hay de eso?

—Es cierto. Siempre escribo con bilis, sosegada o revuelta. No importa. Pero es bilis al fin.

—Pero algún día se quedará sin hígado— apuntamos.

Pompeyo Vinagre me miró como un gato a quien le han dado un escobazo. Encendió otro cigarrillo y llamó de nuevo al mozo con cara de alacrán civilizado.

—Tráigase otros dos pocillos.

Pompeyo Vinagre me habló mal de todo el mundo. Hasta de su familia. Me habló de literatura, de política local e internacional, de religión, de sociología, filosofía y astronomía.

Cuando me tocó el tema de la astronomía aprovechamos para saber su opinión sobre los satélites artificiales.

—Una idiotez de los hombres. Ahora les ha dado por lanzar cohetes y satélites al espacio como antes elevaban volantines y chiringas.

Terminó la entrevista como terminan todas.

Cinco meses más tarde, me enteré que Pompeyo Vinagre había muerto. Lo hallaron tirado sobre su mesa de trabajo en un cuartucho que tenía alquilado en la calle Lucifer. Cuando se le hizo la autopsia los médicos le encontraron el hígado perforado por los cuatro costados. El útimo artículo que había escrito llevaba por título el resumen de su vida literaria y periodística: Elogio a la Bilis.—

Unos ocho gatos concurrieron a su entierro. Entre estos ocho gatos iba yo recordando el día que le había bebido los pocillos y le hice la entrevista que nunca publiqué.

# Sale 'Asomante'



Marigloria Palma

Está circulando el número 4 de 1957 de Asomante, revista literaria de la Asociación de Graduadas de la Universidad de Puerto Rico.

De autores puertorriqueños, trae los trabajos: José Enrique Rodó — Escritor de signo filosófico, por Monelisa L. Pérez-Marchand; El Sol de los Muértos, cuento por Edwin Figueroa; poemas de Marigloria Palma, Laura Gallego y Egla Morales Blouin; críticas de libros por María Teresa Babín y José Emilio González.

De autores del exterior se publica: Las Fronteras de la Crítica, por T. S. Eliot; Variaciones al tema de la crítica, E. Anderson Imbert; Juicio Sumario de Picasso, José Vázquez Amaral; Carta de España, Ricardo Gullón; poemas de Amílcar Uralde, Nicolás Cócaro, David Martínez.

Se publica además la Guía del Lector, recopilada por Nilita Vientós Gastón, directora de la revista.

BROWN PRODUCTION 059