Case 3:24-cv-01523-MAJ Document 65-7 Filed 01/16/26 Page 1 of 1




Ya los Nenes no Juegan en la Calle... Desde que Instalamos un Acondicionador WESTINGHOUSE



Acaban de llegar los Modelos de 1958 a INSULAR DISTRIBUTORS, INC.

AHORA USTED PUEDE INSTALAR UN Acondicionador WESTINGHOUSE En Cualquier Parte de la Casa:




Vea los Acondicionadores WESTINGHOUSE Modelo 1958

Consumen Menos Corriente

Operan con sólo 110 voltios

VEALOS EN SU NUEVO DISTRIBUIDOR WESTINGHOUSE

insular distributors, inc.

Muñoz Rivera 875 — Río Piedras
Frente a Superama


*Certamen de Yauco*

# Otorgan Primer Premio Juan Antonio Corretjer

Por A. JIMENEZ LUGO

El Jurado Calificador que entendió en el Certamen de Poesía del Círculo Cultural Yaucano, otorgó el primer premio al poemario Yerba Bruja, del poeta y periodista Juan Antonio Corretjer; un segundo premio al libro Canciones al Mundo, de la poetisa Nimia Vicéns y el tercer premio a la obra Unas Cuantas Estrellas en mi Cuarto, de Violeta López Suria.

El Jurado declaró "fuera de concurso" el libro Poesía 1915-1956, del poeta Luis Palés Matos. Fue el criterio de los señores del jurado que "la gran mayoría de estos magníficos versos ha visto la estampa en varias ocasiones". Explica el laudo que "algunos poemas, no contenidos en ediciones anteriores, se publicaron, no obstante, en la prensa de nuestro país. El Jurado no podía, pues, considerar la obra como una primera edición, que correspondiera al año del certamen".

Al referirse al libro Yerba Bruja y a su autor, dice el laudo del Jurado Calificador:

"Juan Antonio Corretjer es un buen poeta que en esta obra, a nuestro entender, no sólo mantiene su alta calidad poética sino que la supera.

"Su verso es fácil, puro, personal y vigoroso. Tiene una honda cualidad humana que le da un hálito de universalidad. Es de un lirismo pristino que brota espontáneo, sin rebuscamientos en la expresión.

"Son añejos y nuevos, a la par, sus versos. Hay un estilo que se apoya en los valores perennes de nuestra lengua y nuestro espíritu para, en consistente desenvolvimiento de esos valores, traerlos al aquí y ahora del sentido estético. Varios poemas de Juan Antonio están finamente enjoyados con palabras y expresiones autóctonas del Puerto Rico aborigen, del que apenas si queda un rastro, que el poeta, sin embargo, aprovecha con maestría y hondo sentido estético..."

Hablando sobre "Canciones al Mundo" y su autora Nimia Vicéns, dice el laudo:

"Se trata de la segunda obra de esta fina poetisa nuestra, quien ahora afirma su rango de valía entre lo mejor del parnaso isleño. Canciones al Mundo es un poemario que pertenece a esa estirpe lírica de pureza temblorosa que apenas se cuaja en decir, casi en levedad desnuda de palabras, para esfumársenos dejándonos el rastro de su perfume. Diríase que se trata de lo lírico en su más fiel pureza. Prefiere el verso breve, cortado a veces intencionalmente y estrofa de factura que nos recuerda de los primiti- que nos recuerdan voces de los primitivos cancioneros castellanos."

Al conceder el tercer premio al libro "Unas cuantas estrellas en mi cuarto", de la poetisa Violeta López Suria, dice el Jurado:

"La autora de este libro sigue las corrientes nuevas de la poesía contemporáneo; hace uso de metáforas originales que libran la obra de la imagen fácil y convencional. Algunos recursos estilísticos formales de corte vallejiano, no desmerecen la autenticidad y originalidad de esta poesía".

Formaron el Jurado Calificador los intelectuales Margot Arce de Vázquez, Antonio J. Colorado, F. Manrique Cabrera, Carmen Gómez Tejera y Luis Hernández Aquino.



El reverendo Angel Seda y su esposa Eva M. de Seda.

*Con su Esposa*

## Reverendo Seda Va a Japón

El doctor Angel L. Seda, capellán del Hospital Presbiteriano, y su esposa señora Eva Mora de Seda, superintendente auxiliar de escuelas del distrito de San Juan se hallan en Japón, donde asistirán a convenciones internacionales de carácter educativo-religioso. El fue electo como delegado de Puerto Rico para representar el Concilio Evangélico de Puerto Rico en las convenciones del Concilio Mundial de Educación Cristiana a celebrarse en Nishinomiya, Atami, y Tokio, del Japón. Como tal delegado el doctor Seda participará en distintas actividades de las convenciones y presentará un informe detallado de la obra educativa-social y religiosa de la Iglesia en la Isla.

La señora Seda hará estudios de investigación en el campo de la educación en Japón y para ello se entrevistará con autoridades en dicho campo en aquel país. Usará dichos estudios en relación con sus trabajos postgraduados hacia el doctorado en la Universidad de Columbia.

Además del Japón los esposos Seda visitarán a Hawaii, las Islas Filipinas, Islas Wake, y distintos sitios en Estados Unidos. Regresarán a Puerto Rico a mediados de agosto próximo.

## Abogados Ponce Darán Endosos

PONCE, junio 23. (Por Miguel Rivera) — En la reunión que celebra hoy martes el Bar de Abogados de Ponce que preside el licenciado Luis A. Noriega se harán recomendaciones para las vacantes que existen de jueces de distritos y fiscales auxiliares.

Se espera, según se enteró EL MUNDO, que sea recomendado para ocupar una de las vacantes de fiscales auxiliares, el licenciado Miguel A. Ruiz, que en la actualidad forma parte de la oficina de asistencia legal del Distrito de Ponce.

También en la reunión de hoy martes se nombrará la delegación que representará al Bar en los actos a celebrarse el 27 de junio por motivo a la celebración del 18 aniversario del Colegio.

El tercer punto que figura en la agenda es asuntos generales.

## Acusado de Falsa Representación

PONCE, junio 23. (Por Miguel Rivera) — Fianza de $500 le señaló el juez de distrito Agustín Mangual Hernández a José Cardona García de 45 años al acusarlo de falsa representación.

Según la acusación, Cardona García consiguió que Felícita Sánchez le entregara $3 para gestionarle una fianza al esposo de ésta que estaba preso. Cardona García no hizo las gestiones y dispuso de los tres dólares lo que motivó la querella y luego la acusación.


En el corazón de Nueva York



Preferido por los latinoamericanos por su comodidad, hospitalidad y excepcionales facilidades.

Magníficas habitaciones todas con aire acondicionado, televisión, radio, baño privado. Precios moderados.

Nuestro Departamento Latino-americano, con experto personal bilingüe, dará atención preferente a su reservación. Solicite folleto ilustrado gratis.

2000 Habitaciones Aire Acondicionadas EN TIMES SQUARE Y RADIO CITY

HOTEL TAFT 7th AVE. at 50th St. NEW YORK

Alfred Lewis, Gerente General
Dirección Cablegráfica: THETAFT


## Iban Arrestar Revolucionario Cubano en NY

NUEVA YORK, junio 23, (PUI)—Funcionarios federales y de la ciudad trataron de arrestar hoy a Luis Blanco, líder revolucionario cubano creyendo que había entrado al país ilegalmente.

Sin embargo, fué puesto en libertad cuando mostró un "permiso de visita temporal" para este país, otorgado en Nassau, Islas Bahamas.

Se informó que Blanco está en Nueva York como agente del Directorio Revolucionario, organización que se dedica a combatir el Gobierno del general Batista.

Prensa Unida Internacional se enteró con carácter de exclusividad, de que tres inspectores del Servicio de Inmigración y Naturalización y cuatro detectives de la Ciudad de Nueva York detuvieron esta tarde a Blanco cuando se proponía dirigirse a una asamblea de su organización en una casa club del Manhattan occidental.

Una multitud de unas 500 personas de la zona metropolitana se encontraban en el auditorium del edificio de cuatro pisos, esperando a Blanco cuando los funcionarios lo arrestaron en el vestíbulo.

Blanco mostró a los detectives, de habla hispana, su permiso y le permitieron dirigirse al grupo.

Los funcionarios tenían información de que Blanco había entrado al país ilegalmente. Los agentes se quedaron en el salón para evitar cualquier desorden, pero no lo hubo.

## Alegan Complot Contra Batista

LA HABANA, junio 23 (PUI)—La Policía informó que un cambio de idea a último minuto por un joven rebelde cubano salvó el mes pasado al presidente Fulgencio Batista de un atentado de muerte.

El Jefe de la Policía, general Pilar García, anunció el arresto de cuatro personas participantes en un complot para matar a Batista el 18 de mayo en el Aeropuerto Internacional, mientras recibía varios miles de niños procedentes del interior de Cuba.

García indicó que José Ramírez Orta, de 20 años de edad, iba a disparar contra el Presidente cuando pasara frente a éste con una pistola que llevaba oculta bajo su camisa. En el último minuto, dijo García, Ramírez cambió de idea y pasó sin disparar.

Uno de los guardaespaldas de Batista vio el arma y Ramírez fue arrestado. Los otros arrestados fueron identificados como Lorenzo Rodríguez, de 42 años de edad, Elpidio Abrahmte, de 34 años y Guillermo Alonso Rodríguez.

Las autoridades dijeron que a Ramírez le ofrecieron $100,000 por el asesinato y que se le garantizó que el dinero pasaría a sus familiares si moría en el atentado.


PRESCO Discount HOUSE

Neveras, estufas, muebles, enseres eléctricos, etc., con 30% DESCUENTO a plazos y sin pronto.

Sr. Rodríguez - Tel. 2-3555



FONDO DEL SEGURO DEL ESTADO
Departamento del Trabajo
San Juan, Puerto Rico

• AVISO •

A LOS SEÑORES PATRONOS DE LA MUNICIPALIDAD DE YAUCO

Se les informa a los señores patronos de la municipalidad de YAUCO que nuestro dispensario médico y oficina de seguros han sido trasladados a la Calle 25 de julio, esquina Pasarell, de esa localidad.

GUILLERMO ATILES MOREU
Administrador



SANRIO

Se vende, se alquila o estamos dispuestos a hacer una sociedad con el mejor Beauty Parlor de todo Puerto Rico, especial para escuela, gran capacidad.

SE ALQUILA

Espacioso local para trajes de damas con todos sus aparadores. Están situados en la mejor zona comercial de todo Puerto Rico. Ponce de León 1072, Río Piedras. Tel. 2-4020.



EN VILLA NEVAREZ
Solicitamos distribuidores para el periódico

EL MUNDO

Interesados pueden dirigirse a:
DEPARTAMENTO DE CIRCULACION
Apartado 1072, San Juan, Puerto Rico



así viven nuestros obreros




LA FE QUE MUEVE MONTAÑAS

Para Roberto García, el pundonoroso Jefe de Almacén de la Durotex Corporation, de Ponce, no hay nada más importante en la vida que su inquebrantable fe en Dios y su amor al trabajo.

Roberto lleva años y años trabajando placenteramente en la Durotex Corporation — otra Empresa Ferré — y su vida transcurre serenamente en su tarea cotidiana, velando porque el almacén que tiene a su cargo esté bien organizado, y más que eso, siempre listo para suplir de todos los materiales necesarios al resto de la Planta.

Y en su trabajo sencillo, mientras colabora complacidamente con el resto de sus compañeros en su tarea de creación industrial, como en toda otra gestión de su vida, Roberto actúa con la conciencia de que está sirviéndole al Supremo Hacedor.

Su hogar — tiene esposa y seis hijos — está regido por un profundo sentido religioso. Y en las noches asiste junto a los suyos a la Iglesia de los Testigos de Jehová, donde esta familia ejemplar — como un haz de corazones alegres — rinde culto al más Sublime de todos los seres.

La Durotex Corporation, donde como en toda Empresa Ferré no existe discrimen alguno por razón de credo, o de raza, siente un legítimo orgullo en tener entre sus cientos de empleados a un hombre como éste, poseído de fe, porque él es ejemplo generoso para todos los que con él trabajan, y para todos sus conciudadanos.

Roberto García posee la fe que mueve montañas. Y esa es la misma fe que inspira a todos los hombres de las Empresas Ferré en su diaria tarea de superación.

ESTE ES UN ANUNCIO DE INTERES PUBLICO AUSPICIADO POR

DUROTEX CORPORATION

UNA EMPRESA FERRE DEDICADA AL FOMENTO DE UN PUERTO RICO MEJOR

