## LIBROS DE PUERTO RICO

con Emilio S. Belaval (póstumo)



*Construcción del Sur*, por Juan Antonio Corretjer; San Juan, Ediciones Ciba, 1972, 22 págs.

El cuaderno contiene dos poemas: "Construcción del Sur" y "Quieto en mi Isla Voy". En el primero, escrito en 1954, se señala que "claves reflexivas de materialismo dialéctico cobran ser en la expresión de la poesía". El segundo lleva el subtítulo: "Variaciones sobre la realidad". Corretjer recientemente obtuvo el Premio de Honor del Ateneo Puertorriqueño, junto

*Fogatas del Tiempo* (Poemas), por Julio César López; Río Piedras, Editorial San Juan, 1972, 92 págs.

Es el primer poemario del autor, nacido en Cayey en 1926 y actualmente profesor de Humanidades en el Recinto Universitario de Río Piedras. Se ha distinguido como crítico con los libros: "Pasión de Poesía",






"Temas y Estilos en Ocho Escritores" y "La Patria en Dos Poetas y un Paralelo Modernista" y como prosista: "Peregrino de Sombras". Prepara: "Cuaderno de los Desconciertos".

*Me Visto de Corazón*, por Adelaida Lugo Guernelli; New York, 1972, 68 págs.

Primer libro de poemas de la autora, quien ha publicado: "Eugenio María de Hostos: Ensayista y Crítico Literario". Según su introducción: "En esta colección de versos se recogen errores inocentes de adolescencia y composiciones de juventud y madurez que presagian un modo de enmienda en la vida y en el arte". La autora enseña al nivel universitario en Nueva York.

*Clarivel* (Poemas), por Clarivel Hernández; San Juan, Editorial Cordillera, 1972, 45 págs.; prólogo: Jesús Hernández Sánchez.

Contiene 27 poemas por una niña de trece años. Su padre y prologuista, el senador Hernández Sánchez, informa que su hija empezó a escribir a los siete años. Su poesía, dice, "nos da un mensaje de fe y amor en medio de esta turbulencia mefistofélica".

*Entrada al Arrabal*, por Carlos Méndez Santos; Ponce, 1971, 12 págs.

El autor, profesor de la Universidad Católica de Ponce, se inspira en el arrabal en este cuaderno que consta de un ensayo introductorio y tres poemas.

*Nota:* Los libros y folletos para esta sección deberán dirigirse a: Página Literaria, Sección Libros, EL MUNDO, Apartado 2408, GPO, San Juan, P.R. 00936.

## ENSAYO

# UNA CITA CON LA VIDA, UNA CITA CON LA MUERTE

**por clara cuevas**

La realidad es la más profunda y certera filósofa. El acontecimiento de R, quién fue y qué lo precipitó a la muerte, dice más que el más elocuente tratado de uno o varios filósofos.

Los filósofos son analistas; a veces fríos — y la frialdad congela la lógica. El pensar es enérgico, pero la energía no proviene de una mente mecánica, y ordenada.

Sí; se puede tener orden, pero hay que tener pasión primero. La pasión es la fuerza creativa y creadora. La planta crece con fuerza hacia el cielo (aunque no lo alcance), todo en la vida es fuerza coordinada o diseminada.

Nacer es una fuerza, amarse otra, crear otra. Y la más potente de todas es sentir.

Inspirarse y rebelarse en forma creativa.

Odio los que escriben (no puedo llamarles escritores) y no tienen vida ni fuerza, ni energía ni potencia, en lo que escriben.

Así mismo detesto (civilizada y cristianamente) a los supérfluos. A los que mascullan frases trilladas. A los que no son originales ni hablando, ni escribiendo, ni opinando.

A los que hablan M---
escriben M---
y piensan M---

Soy más tolerante con los que escriben en forma anacrónica, o arcaica, pero que imprimen en sus escritos la lógica de algo eterno que es la comprensión de los más sutiles sentimientos humanos.

A gente así les duele el dolor ajeno. Comprenden la injusticia, comprenden todo lo que duele, hiere o causa malestar o naúseas síquicas.

Si interpretan los hechos bien y los expresan con vestimente del siglo XVIII, qué importa.

Sí es difícil e incómodo leer escritos sin podar, caminar a través de meandros lingüísticos sólo con la luz de Diógenes de la inteligencia clara y eléctrica como un relámpago — para V.E.R. realmente VER con rayos X estos escritos y decantar su impostergable lógica.

Por eso cuando se burlaban de L. y no sin razón me dolía. L. era un pariente de inteligencia fecunda — pero estaba viviendo en el siglo pasado, intelectual, espiritual y moralmente.

Qué culpa tenía de ello.

Era un gran contraste con el columnista Cantaclaro que aunque tenía 40 ó 50 años digería bien los hechos y los exponía con una superpotencia modernista.

Dichoso Cantaclaro que reunía la comprensión antigua — y el análisis moderno.


BROWN PRODUCTION 063