**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ROY BROWN<br>Plaintiff<br>v.<br>LATIN AMERICAN MUSIC CO.<br>Defendants | CIVIL NO. 24-cv-01523 (MAJ)<br>COPYRIGHT INFRINGEMENT |

**DECLARATION OF PATRICIA RIVERA MACMURRAY IN SUPPPORT OF MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE COURT:

Comes now Plaintiff, through the undersigned attorney, and respectfully states, alleges and prays:

1. Exhibit A is an exact copy of the exhibit presented in Brown v. Latin Am. Music Co., No. CV 05-1242 (JAF), 2006 WL 8450668, showing the title and relevant pages of the 1957 publication of Yerba Bruja.

2. Exhibit B is an exact copy of the exhibit presented in Brown v. Latin Am. Music Co., No. CV 05-1242 (JAF), 2006 WL 8450668, showing the title and inside pages of the 1972 Construcción del Sur.

3. Exhibit C is an exact copy of the entire 1972 publication of Construcción del Sur the original of which is in my possession.

4. Exhibits D, E and F are exact copies of newspaper pages obtained from El Mundo Digital Archives, at the Center for Research Libraries: Global Resources Netweork, https://gpa.eastview.com/crl/elmundo/.

RESPECTFULLY SUBMITTED,

In San Juan, this 16th of January 2026.

s/Patricia Rivera MacMurray
Patricia Rivera MacMurray
USDC 222309
250 Tetuan, Second Floort
San Juan, Puerto Rico 00901
Tel.787-607-3700
prm3@mac.com

CERTIFICATE OF SERVICE

I certify that on this date, I electronically filed the foregoing with the clerk using the CM/ECF system which will send notification to the attorneys of record.

s/Patricia Rivera MacMurray