# distancias



Le invitamos a disfrutar
de un recital de poesía de
Juan Antonio Corretjer
musicalizada y cantada por
Roy Brown.

el lunes 13 de septiembre de 1976,
a las 8:00 p.m.
en el Teatro La Perla de Ponce.

En un homenaje de recordación a
Salvador Allende
y a Don Pedro Albizu Campos.

**Entrada General - $2.00**

distancias