EL BARRIO

## UN BORICUA EN LA LUNA.

Re - Sol - Re — Desde las ondas del mar
LA que son besos a su orilla
una mujer de Aguadilla
vino a New York a cantar.
Si — Sol Pero no. Sólo a llorar
Si Sol un largo llanto y morir.
LA - Sol De ese llanto yo nací
como en la lluvia una fiera.
Sol - Re LA Y vivo en la larga espera
Sol Re de cobrar lo que perdí.
LA - Re

Por un cielo que se hacía
más feo mas más volaba
a Nueva York se acercaba
un peón ~~é~~ de Las Marías.
Con la esperanza, decía,
de en pronto día volver.
Pero antes me hizo nacer.
Y de tanto trabajar
se quedó sin regresar
pues reventó en un taller.

De una lágrima soy hijo
y soy hijo del sudor
y fue mi ~~[illegible]~~ abuelo el amor
único en mi regocijo
del recuerdo siempre fijo
en ~~el espejo del llanto~~ aquel cristal del llanto

Juan Antonio Corretjer
Guaynabo-
Septbre-/76.