**OFFICIAL TRANSCRIPT OF PROCEEDINGS**

**BEFORE THE**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

**IN THE MATTER OF** **CASE NO.**

| | | |
|---|---|---|
| ROY BROWN RAMIREZ | * | CIVIL NO.: 05-1242(JAF) |
| | * | |
| Plaintiff | * | |
| | * | |
| Vs. | * | |
| | * | |
| Latin American Music Co., Inc., (LAMCO); ACEMLA de Puerto Rico (ACEMLA), Et Al. | * | |
| | * | |
| Defendants | * | |

******************************

DEPOSITION OF MR. ROY BROWN RAMIREZ

---

**PLACE:** Hato Rey, Puerto Rico

**DATE:** October 10, 2005

*Crespo & Rodriguez, Inc.*
Tel. (787) 758-5930 / 763-8018
Fax (787) 767-8217
A-6 Yale Street, Santa Ana
Rio Piedras, Puerto Rico 00927

A In Guaynabo.
Q In Guaynabo. Okay. So how did the meeting took place or...
A How did it take place?
Q Right.
A Well, through him, Silverio Pérez and myself, we had reached an agreement to meet so he could listen to my music, and José González, and Miguel Cubano, we had done a work on his poems, and we had, we wanted to meet him to present the work, and ask him for his permission.
Q Okay. So I'll take that Silverio called him? Or someone called him?
A Yes, Silverio spoke to him, and arranged that we all go there.
Q Okay. Do you have... At the time, do you remember the songs that you have created, that you were going to...
A The songs that we performed that day?
Q Oh, you performed your songs to him?
A We performed our songs to him, yes.
Q Okay, do you remember which songs were performed?
A Yes.
Q Which ones?

A We performed "Distancias", "Andando de Noche Sola", "Día Antes", and "En la Vida Todo es Ir", "Inrirí Cahuvial", "El Hijo", ""Oubao-Moin"".

Q So you met in 1974. So we got about eight songs?

A Nineteen seventy-four, it might've been 1975.

Q Right, more or less.

A Mmhm.

MR. CARO:

How many songs we got?

MS. RIVERA:

Seven is what I wrote down.

MR. CARO:

I got seven, too. "Distancias", "Andando de Noche Sola", "Día Antes", "En la Vida Todo es Ir", "Inrirí Cahuvial, "El Hijo", ""Oubao-Moin"".

Q Not "Boricua en la Luna"?

A No.

Q Okay. Now, all these songs contained poems written by Antonio Corretjer?

A Mmhm.

Q They got the lyrics?

A Sorry?

Q They got the lyric, the lyric...

A The lyrics were by José Antonio Corretjer.

A No, "Nuyol", no.
Q No?
A "Distancias", yes.
Q Okay. Which one came out after "Nuyol"?
A Songs in controversy?
Q No, the next album that came with songs in controversy, after "Nuyol".
A Songs in controversy?
Q After that album, was it "Arboles"?
A "Arboles".
Q "Arboles" was the next one?
A Nineteen eighty-seven.
Q Nineteen eighty-seven, okay. And "Arboles", which songs "Arboles"?
A "Boricua en la Luna".
Q Okay. Tell me about the song, where did you first came in contact with that poem?
A I'm not sure.
Q Mmhm?
A I think it was 1977.
Q Nineteen seventy-seven. And where did you read it?
A No, the poem was handed to me directly by Antonio Corretjer.
Q Oh, he handed it to you directly?

A He asked me to set that poem to music.
Q Okay, and so he called you by phone?
A No, he gave it to me.
Q So you were in his house, I'll take it?
A I'm not sure; I think...
Q Uh-huh?
A ...that it was in a concert.
Q In a concert? Okay. And what... Do you remember what he told you?
A What he what?
Q What he told you? What did he tell you? Corretjer? Have gave you the poem, and he said, here...
A This is something you should set to music, yes.
Q Okay.
A That's what he said.
Q Besides you and Corretjer, was there anyone else...
A I'm not sure of that date because...
Q Okay.
A ...I just remember...
Q Around 1977.
A ...that it happened...
Q Okay, was it in Puerto Rico, or was it in New York, or was it...

A I think it was in Puerto Rico.

Q In Puerto Rico. Was anyone there besides you and Corretjer?

A There should've been, if it was a public place, there should've been...

Q What was it...

A ...more people.

Q Was it Silverio Pérez?

A No.

Q No?

A It was, it was the concert that we had in Ponce, which is what I think.

Q Okay.

A But I am not totally sure.

Q Okay.

A If it was that concert, in Teatro la Perla, in 1977, if that's true, I would have to really think about that.

Q Okay.

A And try to remember well. But if that is so, well, it was public, because there was other people there.

Q After the phono record, after the album "Arboles", which album came?

A I don't understand the question.

Q Well, which one was the next album that contained Corretjer's poems, after "Arboles"? You know, we're starting with "Distancias"; then came "Nuyol"; then came "Arboles". And which one was the next, the next album? Was it "Distancias, en Vivo"?

A No, but after... "Ah, bueno." So you're talking about, no new songs, there's no new songs, or...

Q After that, correct?

A It's just things that had already been done, and they were repeated in other albums. But after nineteen (sic), there's no...

Q No new songs?

A ...no new songs.

Q After 1977 or after, more or less after...

A After, after "Arboles".

Q Okay.

A There's no new recordings.

Q Okay.

A It's old recordings...

Q Okay.

A ...repeated.

Q So the next album... Would "Distancias, en Vivo" would be like a repetition of previous albums?

A Songs that had already been written, yes.

Q So after "Arboles" came "Distancias, en vivo"?

Q Okay.
A The song was published by a... or it was... I asked some people who wanted to use the song in Spain, and they told me that there was no problem with that.
Q Who were those people?
A Some record company. I... Some obscure record company in Spain.
Q So then you didn't write the music for that song?
A For "Nuyol"? Yes.
Q Okay. So why were you talking to a record company?
A Because they were interested in that song.
Q Ah, okay.
A Because he is a Spaniard.
Q Right. But you didn't approach whatever publishing company published that poem?
A No.
Q Now, you indicated that you first learned of the poems by Juan Antonio Corretjer by reading them. What books did you read them in?
A Well, some of them, as I mentioned, he gave me some books. So it was books that he gave me, books that I acquired, I guess, by buying them. Or gifts. Which books exactly, "Construcción del Sol", and "Alabanza a

la Torre de Ciales". I, I...

MS. RIVERA:

The second package of stuff that we have it in.

BY MS. BECKER:

Q He gave those books to you?

A Some he gave to me, and some I, some I bought.

Q Okay. "Construcción del Sol, did he give it to you?

A Yes.

MS. RIVERA:

It's in page 40.

BY MS. BECKER:

Q Okay. It says "Para Roy y familia"?

A Mmhm.

Q Okay. How did you ... do you still have this copy, this book?

MS. RIVERA:

Yeah, it's in my office. It's an original, and it's kind of like... pretty shot.

MS. BECKER:

Okay. We'd obviously like to see the original of the book.

BY MS. BECKER:

Q "Distancias", where did that come from?

A "Distancias", it's a whole, it's a whole book,

it's a whole poem.

Q So was this given to you by Mr. Corretjer?

A Not this copy.

Q Okay.

A He might've given me another copy. But not this copy.

Q Do you know where this copy came from?

A Hmmm...

MS. RIVERA:

Well, you gave it to me.

THE DEPONENT:

I guess I bought it, but I don't remember that. So maybe somebody gave it to me, as a gift, or it's, it's the one I used to work on.

BY MS. BECKER:

Q Okay.

A It has my...

Q That handwriting in the margins is yours?

A That's my handwriting, yeah.

Q Okay. Have you ever purchased a book of Mr. Corretjer's in a bookstore?

A Let's say that I imagine that I have, but I don't, I can't say right now.

Q Okay.

A In a bookstore? I don't remember.

Q Okay. And...
A Because in a bookstore, it would have to be recent. And these were more or less...
Q The older ones were given to you by him or by someone else, or...?
A Yes, or they were sold in an activity; not in a bookstore.
Q Ah, okay. So, and these two, "Distancias" and "Construcción del Sol", are the only two that you physically have copies of now?
A No, I have, I have, I think I have every book he wrote.
Q Ah, okay. And what made you choose to produce these ones and no the other ones?
A I guess these are the ones in controversy.
Q Well, do the other books contain poems that you have musicalized?
A Not all the books.
Q No.
A Not all the books.
Q But some other ones, other than these two, do?
A Well, yes, because from "Alabanza a la Torre de Ciales"...
Q Ah, okay, from the earlier production.
A ...this contains "Oubao-Moin".

A I worked, I worked on these poems only till nineteen eighty-three, or '82, the year after Corretjer's death. And then I didn't, I have not worked on them. There's some that I would like to, but...

Q Mmhm?

A ...but I haven't.

Q Okay.

MS. BECKER:

Let's take a brief recess, and...

MS. RIVERA:

Okay.

MS. BECKER:

...I'll be finished.

OFF THE RECORD

MS. BECKER:

This is Jane Becker Whitaker again. And, after a short recess, we've decided we're not gonna ask any more questions. I don't know if counsel for Mr. Brown...

MS. RIVERA:

No, I'm fine.

MS. BECKER:

Okay. Thank you.

(Whereupon, the deposition in the above-entitled matter was concluded.)