JUAN ANTONIO CORRETJER

# PARA QUE LOS PUEBLOS CANTEN



GUAYNABO PUERTO RICO

JUAN ANTONIO CORRETJER

# PARA QUE LOS PUEBLOS CANTEN

(Primer Cuaderno)

Guaynabo, Puerto Rico
1976

PORTADA: Efraim García Osorio.
CONTRAPORTADA: La Paloma de Ciales (fósil coral), escultura de Rafael López del Campo. Foto de Max Toro. Cortesía de ambos.

Es propiedad de Consuelo Corretjer de Pérron.
Derechos reservados.

## INDICE

Página

Dedicatoria ---- 4
Nota Necesaria ---- 5
SAN JUAN ---- 7
1. Campeche, 3 ---- 7 a 13
Dama a Caballo
2. Ataques, 3
3. Tres Veces Tres
Leyendas de Camuy ---- 14
Carta a Juana Díaz ---- 15
El Canto de Las Piedras ---- 19
La Paloma de Ciales ---- 20
Estado de Sitio ---- 22
En Los Brazos de Guaynabo ---- 25
Morir y Reir ---- 27
Canción Jayuyana ---- 29
Ayer Que Es Hoy ---- 30
Al Pié de **El Gigante** ---- 31
Una Espada Para Betances ---- 33
Razones de Manatí ---- 35
Tu Nombre Es Como Un Aroma ---- 37
Cantares Para Coamo ---- 39
Arecibo, ¡óyeme! ¡canta! ---- 41
Profecía de Maricao ---- 43
Pasodoble de Guánica ---- 44
Las Voces Me Acompañan ---- 47
Encuentro Con La Música ---- 55
Notas Finales ---- 57
Para Facilitar La Lectura ---- 60



**TRAPICHE:** De izq. a derecha: José Nogueras, David Rodríguez, Moncho Díaz, Yancy (Llaniza) y Wiso Vélez; Toni Fornaris, Angie Berríos y (fuera de la foto) Angel García.





**TRIO DE ROY BROWN.** — Roy Brown, José González y Miguel Cubano.

Mas tarde ocurre en rápido desenvolvimiento el fenómeno señalado por Olga Nolla, que produjo el para nosotros emocionalmente y para los artistas participantes clamoroso triunfo, (**Haciendo Punto en otro son,** con Silverio Pérez y Toni Croato a la cabeza; Roy Brown, **Teatro de Guerrilla, Conjunto Trapiche,** de José Nogueras, La Rueda Roja (2) )presentado en el Anfiteatro del Conservatorio de Música.

Un dato curioso. El primero en poner música a mi canción de protesta no fue un músico de oficio, sino un perito en Derecho Internacional: Michael Goudreau. A pedido que le hiciera Carmen Vázquez Arce para una función universitaria Goudreau hizo la música de DESAHOGO. La música es muy hermosa.

En modesta prueba de agradecimiento incluyo en esta edición retratos de estas agrupaciones de jóvenes músicos y cantantes que tan generosamente han acogido mis poemas. No puedo sino pensar en ellos al llevar a la prensa éste libro.

Ellos han llevado mi poesía adonde nació: el corazón de Puerto Rico.

(1) Debo aclarar. Fuimos sentenciados a muchos años de presidio y encarcelados inmediatamente, tras la negación del Tribunal a señalarnos fianza. Todos los cargos fueron de violación a la fascista Ley de Armas vigente en Puerto Rico. Las sentencias se produjeron con el testimonio único de un chota. Cuarentiséis días después el Tribunal Supremo fijó fianza. Todos los acusados salimos en libertad provisional, mientras éste último tribunal revisa el caso en alzada. Ese es nuestro **status** legal a la hora en que este libro va a prensa.

(2) Lo que narro a continuación es algo realmente muy estimulante. En LA PULGA, obra que se destacó en el Festival de Teatro de 1976, montada por LA RUEDA ROJA (María Carrera, Fernando Aguilú, y otros), se cantó mi CANCION DE CUNA, escrita en la cárcel de La Princesa en 1936, publicada en el semanario LA ACCION por aquél entonces. Y sepultada en el silencio. Treintisiete años después Ramón Felipe Medina la resucitó en su Antología "DIA ANTES". Y en LA RUEDA ROJA, cuarenta años después de escrita y publicada, encontró la preciosa voz de "Nena", que la cantó en el Silvia Rexach, y en Nueva York, Boston, Caracas.



**NOTAS FINALES**

(1) El Tríptico sobre San Juan cuya primera parte corresponde a tres cuadros del pintor José Campeche (1752-1809) sale ilustrado con reproducciones de los mismos, por cortesía del Instituto de Cultura Puertorriqueña, (especial gentileza de su Sub-director Dr. José Ramón de la Torre). En la décima "Dama a caballo", del mismo título del cuadro correspondiente, me tomo la licencia poética de, sin abandonarlo, revivir otro, perdido, según lo describe Alejandro Tapia en su primer intento de catálogo campechano en 1862. Recuérdese que Tapia fue autor de una "Vida del Pintor Campeche" (1855), "obra de primera importancia para el estudioso, tanto por lo que dice como por lo que sugiere", criterio expresado por Arturo Dávila en el Prólogo al Catálogo de las obras de Campeche publicado por el Instituto de Cultura Puertorriqueña en 1971, pág. 15. Sugiero que se lean las notas al frente de la "Dama a caballo", (pintado en 1892) en las págs. 24 y 25 de la citada obra de Dávila.

Mayor licencia me he tomado al versar el retrato de Doña María de los Dolore sMartínez de Caravajal (pintado en 1792) a la que deliberadamente confundo con Mercedes Barbudo, la emocionante conspiradora patriótica de principios del siglo XIX. Sin retrato que nos de fe de su figura, uso la interrogante, basándome en la identidad clasista de ambas puertorriqueñas.

—oOo—

En el TRES VECES TRES (trío final de San Juan) trovo hechos ocurridos el día en que tomó posesión el gabinete autonómico en 1898. Ese día salen por primera vez a las calles de San Juan, en retadoras manos obreras, la bandera puertorriqueña, y la bandera roja. La policía ataca a la Manifestación. (Así se llamó hasta hace unos 15 años, a lo que hoy se denominan, demostraciones, marchas, etc.) Desafiantemente, los obreros se atrincheran en el Teatro Municipal, hoy Tapia. Se pronuncian discursos en los que se habla a favor de la independencia y el socialismo. (Ver Iglesias, "Luchas emancipadoras", Tomo I; Cruz Monclova, "Historia de Puerto Rico en el siglo XIX", Tomo III; y mi libro, "La Lucha por la independencia"). Me regusto uniendo los nombres de la heroína de la Comuna de París con el de Luisa Capetillo.

Y a propósito de Luisa Capetillo. Recuerdo, siendo yo muy niño, cómo republicanos y unionistas, por igual, la llamaban, despectivamente, "Luisa Revolú". ¡Insensatos! Ofende quién puede, no quien quiere. Lo que se pretendió insulto resulta panegírico. ¡Luisa Revolú! ¡Qué título para una biografía! ¡Mejor! ¡Para una novela histórica!

—oOo—

"ESTADO DE SITIO" compara la situación dos veces vivida por la población ponceña con la que en Montevideo describe la película de ese título. Realza la figura de Angel Esteban Antongiorgi, héroe nacionalista que el 25 de julio de 1938 evitó, al morir matando, que el general Blanton Winship llevara a cabo su propósito de mancillar la sangre de los masacrados por sus órdenes el 21 de marzo de 1937. La ola de terror se desató sobre Ponce cuando las fuerzas represivas supieron que solamente un hombre las puso en ridículo. Tal y co mo se dice en el poema, el cadáver cosido a balazos de Antongiorgi, fue lanzado a un carro de la basura. Apesar de que fueron reclamados por su madre y su partido les fueron negados. Nunca se ha sabido adon-

EL "PICO". — Se refiere al Puntita, la más alta montaña de Puerto Rico, entre Jayuya y Utuado.

ENRICO, Balduino. — Jefe de la invasión, ocupación, incendio y saqueo de San Juan por los holandeses. Derrotado por Castro y Améquita. Por este último en singular combate.

"ESTRELLADA, LA". — Levantamiento independentista en Camuy, en el siglo XIX. Derivado del apellido de su líder, Francisco Estrella.

GUANICA. — Pueblo en la costa sur de Puerto Rico por donde desembarcó el ejército yanki el 25 de julio de 1898. Todos los años, durante la mañana, el gobierno combina con la iglesia la celebración del despreciable suceso y la del patrón Santiago. Pasado el mediodía, se inician los actos de protesta patriótica. De ahí el carácter que el poeta dás al PASODOBLE DE GUANICA.

GUAYNABO. — Pueblo de Puerto Rico.

GURABO. — Pueblo de Puerto Rico.

HAWKINS, Sir John. — Negrero inglés del siglo XVI, luego Almirante.

HERNANDEZ AQUINO, Luis. — Autor de un "Vocabulario de Voces Indígenas de Puerto Rico".

JACAGUAS. — Río en el municipio de Juana Díaz, Puerto Rico.

JAYUYA. — Pueblo de Puerto Rico, recordado como epicentro de la insurrección nacionalista del 30 de octubre de 1950.

JUANA DIAZ. — Pueblo en el sur de Puerto Rico, en donde nació el poeta Luis Lloréns Torres.

"LA BORINQUEÑA". — Himno nacional de Puerto Rico.

MARICAO. — Pueblo en las montañas occidentales de Puerto Rico, fundado en 1875. No se ha podido conocer el significado indígena de su nombre, que también es el de un árbol.

PEREA, Juan Augusto. — Coautor (con su hermano Salvador) de un "Glosario Etimológico Taíno-español.

PITIRRE. — Ave puertorriqueña de gran combatividad, derrota al ave de rapiña más grande del país. Se ha visto siempre en él un símbolo de Puerto Rico frente a sus invasores. "Cada guaraguao tiene su pitirre" — es un refrán campesino.

PONCE. — Segunda ciudad de Puerto Rico, al sur del país.

QUINTON, José (Pepito). — Compositor puertorriqueño, nació en Caguas en 1881 y murió en Coamo en 1925. Vivió casi toda su vida en este último pueblo.

ROMANO. — Vea en este Glosario la entrada a Bignet.

SIERRA BERMEJA. — Cadena de colinas, en Cabo Rojo.

SILLA DE GUILARTE. — Monte entre Adjuntas, Lares y Peñuelas.

TAPIA Y RIVERA, Alejandro. — Llamado "el padre de las letras puertorriqueñas".

TURPIALINO. — De turpial.

USTARIZ, Miguel de. — Gobernador español de Puerto Rico, pintado por Campeche.

VENDECHINAS. — Vendedor ambulante de chinas, nombre que en Puerto Rico se da a la naranja común.

VELEZ ALVARADO, Antonio. — Manatieño. Creador de la bandera de Puerto Rico.

"WENCESLAO Y PACHIN". — Su apellido es Marín. Hermanos y héroes puertorriqueños nuestros en la Guerra de Independencia de Cuba.

ZORRILLA, Enrique. — Poeta puertorriqueño, nacido en Manatí.



Se acabó de imprimir este libro el día 31 de Julio de 1976, en los Talleres de la

COOPERATIVA DE ARTES GRAFICAS "ROMUALDO REAL",

Intersección 5, Guaynabo, Puerto Rico