**Registration Number**
# PA 2-299-059
**Effective Date of Registration:**
June 24, 2021
**Registration Decision Date:**
June 29, 2021

## Title

**Title of Work:** Boricua En La Luna

## Completion/Publication

**Year of Completion:** 1981
**Date of 1st Publication:** March 01, 1987
**Nation of 1st Publication:** United States

## Author

- **Author:** Juan Antonio Corretjer
  **Author Created:** lyrics
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1908
  **Year Died:** 1985

## Copyright Claimant

**Copyright Claimant:** Consuelo Corretjer Lee
PO BOX 366714, San Juan, PR, 00936, United States
**Transfer statement:** By inheritance

## Limitation of copyright claim

**Material excluded from this claim:** music
**Previous registration and year:** PAu001236872, 1988

**New material included in claim:** lyrics

## Rights and Permissions

**Organization Name:** LATIN AMERICAN MUSIC CO., INC
**Email:** lamco@lamcopublisher.com

**Telephone:** (787)758-0011
**Address:** PO BOX 366714
SAN JUAN, PR 00936-6714 United States

## Certification

**Name:** Zuheily Colon
**Date**: June 21, 2021

**Correspondence:** Yes