**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ROY BROWN<br>Plaintiff<br>v.<br>LATIN AMERICAN MUSIC CO.<br>Defendants | CIVIL NO. 24-cv-01523 (MAJ)<br>COPYRIGHT INFRINGEMENT |

**PLAINTIFF'S STATEMENT UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Roy Brown, do hereby declare:

1. The document filed as Exhibit D, is a true and exact copy of the work titled *Construcción del Sur* as it was given to me by Juan Antonio Corretjer, with the dedicatory inscription appearing on page two was signed by him in my presence.

2. The document filed as Exhibit M to the Motion for Summary Judgment is a true and exact copy of the leaflet prepared for the Distancias concert performed at Ponce's La Perla Theater on September 13, 1976.

3. Except for the musical notations in black ink added by me after receipt, the document filed as Exhibit N is a true and exact copy of the first page of the poem *Boricua en la Luna* as handed to me personally by Juan Antonio Corretjer with the typed text and the handwritten red-ink corrections, signature, and date that appear on the document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 29 January 2026.

ROY BROWN