**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**ROY BROWN**,
Plaintiff,

v.

**LATIN AMERICAN MUSIC CO.**,
Defendant.

**CIVIL CASE NO.**: 3:24-cv-01523 (MAJ)

**DECLARATION OF SCOTT J. SHOLDER IN SUPPORT OF COUNTERCLAIM-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

SCOTT J. SHOLDER, declares as follows:

1. I am counsel for defendant/counterclaim-plaintiff Latin American Music Co. ("LAMCO") in the above-captioned matter.

2. I submit this declaration in support of counterclaim-plaintiffs' motion for summary judgment on their claims for copyright infringement against plaintiff/counterclaim-defendant Roy Brown ("Brown") based on my personal knowledge of the facts stated herein, to the best of my recollection, and could competently testify to the same.

3. Attached hereto as Exhibit A is a true and correct copy of Brown's answers to LAMCO's interrogatories, as served by counsel for Brown, dated September 5, 2025, and signed and verified by Brown.

4. Attached hereto as Exhibit B is a true and correct copy of the book *Distancias*, as produced by counsel for Brown, bearing Bates stamp BROWN PRODUCTION 029-35.

5. Attached hereto as Exhibit C is a true and correct copy of part of the book *Yerba Bruja*, as produced by counsel for Brown, bearing Bates stamp BROWN PRODUCTION 037-046.

6. Attached hereto as Exhibit D is a true and correct copy of the Corretjer book *Alabanza a la Torre de Ciales*, as produced by counsel for Brown on October 31, 2025. Exhibit D was sent

to me via email on October 31, 2025, and was not Bates stamped. It was produced in response to my request that Brown provide a full version of BROWN PRODUCTION 049-051, which was only an excerpt from Exhibit D. A true and correct copy of BROWN PRODUCTION 049-051, as produced by Brown, is attached hereto as Exhibit E.

7. Attached hereto as Exhibit F is a true and correct copy of part of the book *Pausa para el Amor*, as produced by counsel for Brown, bearing Bates stamp BROWN PRODUCTION 052-56.

8. Attached hereto as Exhibit G is a true and correct copy of part of the book *Construccion del Sur*, as produced by counsel for Brown, bearing Bates stamp BROWN PRODUCTION 014-028.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the certified transcript of the October 10, 2005 deposition of Roy Brown Ramirez, taken in the case captioned *Brown v. Latin American Music Co., Inc. et al.*, No. 05-1242 (JAF). My office pulled the deposition transcript from the relevant court records.

10. Attached hereto as Exhibit I is a true and correct copy of a document produced by my office during discovery, bearing Bates stamp LAMCO000142, which was provided to my office by LAMCO. It is titled "Un Boricua En La Luna."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2026

Respectfully Submitted,

Scott J. Sholder
*(admitted pro hac vice)*