# EXHIBIT I

# UN BORICUA EN LA LUNA

Por Juán Antonio CORRETJER

I

Desde las ondas del mar
que son besos a su orilla
una mujer de Aguadilla
vino a Chicago a cantar.
Pero nó. Sólo a llorar
un largo llanto y morir.
De ese llanto yo nací
como en la lluvia una fiera.
Y vivo en la larga espera
de cobrar lo que perdí.

II

Por un cielo que se hacía
más fep mas más volaba
a Chicago se acercaba
un peón de Las Marías.
Con la esperanza, decía,
de en pronto día volver.
Pero antes me hizo nacer.
Y de tanto trabajar
se quedó sin regresar
pues reventó en un taller.

III

De una lágrima soy hijo
y soy hijo del sudor
y fue mi abuelo el albor
único en mi regocijo
del recuerdo siempre fijo
en aquél cristal del llanto.
¡Linda quimera en el canto
de un Puerto Rico de ensueño!
Y yo soy puertorriqueño
sin paz, pero sin quebranto.

IV

Y el echón que me desmienta
que se ande muy derecho
no sea en lo más estrecho
de un zaguán pague la afrenta.
Pues según alguien me cuenta
dicen que la luna es una
sea del mar o sea montuna.
Y así le grito al villano:
yo sería borincano
¡manque naciera en la luna!

Juán Antonio Corretjer
Guaynabo
a 12 de Dicha de 1980.