**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **ROY BROWN,**<br>Plaintiff,<br><br>v.<br><br>**LATIN AMERICAN MUSIC CO.,**<br>Defendant. | **CIVIL CASE NO.**: 3:24-cv-01523 (MAJ)<br><br>**DECLARATION OF ALBERTO SUAREZ IN SUPPORT OF COUNTERCLAIM-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

ALBERTO SUAREZ declares as follows:

1. I am the Copyrights Catalog Administrator of defendant/counterclaim-plaintiff Latin American Music Co. ("LAMCO") in the above-captioned matter.

2. I submit this declaration in support of counterclaim-plaintiffs' motion for summary judgment on their claims for copyright infringement against plaintiff/counterclaim-defendant Roy Brown ("Brown") based on my personal knowledge of the facts stated herein, to the best of my recollection, and which I could competently testify to the same.

3. Attached hereto as Exhibit A is a true and correct copy of LAMCO's answers to Brown's interrogatories, as served on Brown by LAMCO's counsel, dated July 11, 2025, and signed and verified by me. I was personally involved in drafting the answers to these interrogatories and provided LAMCO's counsel with information from my personal knowledge of Corretjer's works, life, and history, from my three years of working at LAMCO. I also relied on the personal knowledge of other LAMCO personnel, including Mr. Raul Bernard, the president of LAMCO.

4. Attached hereto as Exhibit B is a true and correct copy of the deposit copy of Corretjer's book *Yerba Bruja*. Exhibit B is a publicly filed document with the U.S. Copyright Office and LAMCO filed the Exhibit B in the ordinary course of business and a copy of Exhibit B is kept in

LAMCO's files in the ordinary course of business. As Copyrights Catalog Administrator, I am personally familiar with LAMCO's copyright registration records, including Exhibit B. I provide Exhibit AB here because the version of *Yerba Bruja* produced by Brown during discovery is incomplete.

5. Attached hereto as Exhibit C is a true and correct copy of a document Bates stamped LAMCO000143-144, which was produced by LAMCO in discovery. Exhibit C is a November 17, 2020 interview of Brown in *Fundacion Nacional para la Cultura Popular*, written by Jaime Torres Torres. I saved a translated copy of this article (originally in Spanish) in LAMCO's electronic files on about December 14, 2023 as part of my job responsibilities, namely, archiving news and writings related to our musical works. This article was kept in LAMCO's files in the ordinary course of business.

6. Attached hereto as Exhibit D is a true and correct copy of a document Bates stamped LAMCO115-116, which was produced by LAMCO in discovery. Exhibit D is the copyright registration for the book *Yerba Bruja* (TX 7-207-339), which contains the Corretjer poems at issue *Ahora Me Despido* and *Serenata*. Exhibit D is a publicly filed document with the U.S. Copyright Office and LAMCO filed the application for Exhibit D in the ordinary course of business and a copy of Exhibit D is kept in LAMCO's files in the ordinary course of business. As Copyrights Catalog Administrator, I am personally familiar with LAMCO's copyright registration records, including Exhibit D.

7. Attached hereto as Exhibit E is a true and correct copy of a document Bates stamped LAMCO113-114, which was produced by LAMCO in discovery. Exhibit E is the copyright registration for the three Corretjer poems *Ahora Me Despido, Serenata,* and *Inabón Yunez* (PA 1-285-742). Exhibit E is a publicly filed document with the U.S. Copyright Office and LAMCO

filed the application for Exhibit E in the ordinary course of business and a copy of Exhibit E is kept in LAMCO's files in the ordinary course of business. As Copyrights Catalog Administrator, I am personally familiar with LAMCO's copyright registration records, including Exhibit E.

8. Attached hereto as Exhibit F is a true and correct copy of a document Bates stamped LAMCO000106, which was produced by LAMCO in discovery. Exhibit F is the copyright registration for the Corretjer poems "Oubao Moin," "Inriri Cahuvial," "El Hijo," "Andando de noche sola," "Dia Antes," "En la vida todo es ir," "Distancias," "Boricua en la Luna," "Ayuburi," "Diana de Guilarte," and "Inabon Yunes" (PA 995-275). Exhibit F is a publicly filed document with the U.S. Copyright Office and LAMCO filed the application for Exhibit E in the ordinary course of business and a copy of Exhibit F is kept in LAMCO's files in the ordinary course of business. As Copyrights Catalog Administrator, I am personally familiar with LAMCO's copyright registration records, including Exhibit F.

9. In the ordinary course of business, LAMCO worked with Consuelo Corretjer to file the application for Registration No. PA 2-299-059, attached as Exhibit A to Consuelo Corretjer's declaration. A copy of Consuelo Corretjer's Exhibit A is kept in LAMCO's files in the ordinary course of business.

10. Attached hereto as Exhibit G is a true and correct copy of a document Bates stamped LAMCO000092-105, which was produced by LAMCO in discovery. Exhibit G is the Certificate of Recordation of Maria Corretjer's assignment of copyright rights to LAMCO. Exhibit G is a publicly filed document with the U.S. Copyright Office and LAMCO filed recorded the transfer of Maria Corretjer's rights in the ordinary course of business and a copy of Exhibit G is kept in LAMCO's files in the ordinary course of business. As Copyrights Catalog Administrator, I am personally familiar with the documents that make up Exhibit G.

11. It bears mention that Exhibit G includes the following components: (a) Copyright Office Certificate of Recordation dated December 4, 2000 (LAMCO000092); (b) a copyright assignment contract between Maria Corretjer and LAMCO (LAMCO000093-97), with an accompanying including a list of Corretjer's poems whose copyrights were transferred (LAMCO000101-105); and a copy of a judicial ruling from the Superior Court of Puerto Rico declaring the heirs of Corretjer's estate (LAMCO000098-100). Due to a clerical error, the list referenced in item (b) appears at the end of this document after item (c) even though it was appended to the contract of assignment.

12. Attached hereto as Exhibit H is a side-by-side comparison of the Corretjer Works and the Brown Songs that shows the similarity (and, oftentimes, identicality) of the words. I created this demonstrative chart by copying the lyrics for the Brown Songs, which appear on the left, and copying the words to the corresponding Corretjer poems, which appear on the right, to make a side-by-side comparison. Each poem and its respective counterpart song include a record citation, which were added by LAMCO's attorneys.

13. Notably, the lyrics for the Brown Songs are provided directly by Roy Brown on his website, www.roybrown.com, as previously admitted by him. *See* ECF 44, Amended Counterclaims ¶ 48 & Ex. E (alleging that Brown sells the Brown Songs on his website, www.roybrown.com/musica, evidenced in screenshots); ECF 48, ¶ 48 (admitting to allegation in full). However, as an additional step, and after identifying any changes Brown made to the Corretjer poem counterpart (as indicated in the yellow highlights in Exhibit H), I listened to recordings of each of the Brown Songs, to confirm that the songs, as performed in the recording, did in fact contain the lyrics, as displayed on Brown's website. With the sole exception of *Oubao Main* (1978)—which contained trivial variations in the lyrics as sung from the lyrics as displayed

by Brown, namely, the addition of a few lines—all of the recordings conformed with the lyrics as displayed on Brown's website. I indicate this discrepancy by crossing out those lyrics that I did not hear on the recording, but which Brown did in fact display on his website.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2026

Respectfully Submitted,

Alberto Suarez