# EXHIBIT C

MUSIC

# Roy and his version of 'Boricua on the Moon'

NOVEMBER 17, 2020



Roy Brown set Don Juan Antonio Corretjer's poem, "Boricua on the Moon," to music. (Photo provided)

By Jaime Torres Torres
For the National Foundation for Popular Culture

The poem "Boricua en la luna" (Boricua on the Moon), by the Cialeño poet Juan Antonio Corretjer, set to music by singer-songwriter Roy Brown, arrived somewhat late to the New Song scene, but it has transcended as an anthem of national reaffirmation that several generations have hummed.

The first to set it to music and record it was Roy, who created its melody, which was later performed by Fiel a la Vega, while dozens of artists, such as Lucecita, Danny Rivera, Fernandito Ferrer, Cultura Profética and Banda Acústica Rodante, among others, have included it in their performances.

These days, "Boricua en la luna" (Boricua on the moon) is on the lips of sectors of the country and the Puerto Rican diaspora in the United States, after its typewritten lyrics, signed by Juan Antonio Corretjer on December 12, 1980, have emerged.

According to some media reports, the parents of sisters and former nationalist prisoners Lucy and Alicia Rodríguez Vélez inspired the song by Vate Cialeño, who allegedly composed it in Chicago.

Lucy and Alicia, residents of Cayey, are the daughters of Bernardo Rodríguez and Josefina Vélez, "the laborer from Las Marías and the woman from Aguadilla" who came to Chicago to sing [not to New York, as the lyrics that became popular starting in 1985 say.]

In an exclusive interview with the National Foundation for Popular Culture's digital magazine, Roy Brown recalled that Corretjer died in 1985. A year later, Roy completed the song, recording it in Havana, Cuba, in 1987 as part of the sequence for the album "Árboles," produced by Silvio Rodríguez.

"There's no need to contradict what my friend, the poet Carlos Alberto Quiles, says. But I believe he [Corretjer] wrote it in 1981, and in that same year, I saw him at his daughter Consuelo's house in New Jersey, and he gave it to me and said, 'Set it to music,'" Roy told this alternative outlet.

Roy keeps the manuscript of the song with the lyrics he has sung for years. "What I can assure you is that I didn't change or edit the poem. I had no reason to," says Roy, who frequented Chicago, to the point that he visited the city at least twice a year and participated in demonstrations in support of the release of nationalist prisoners.

He reiterated that he in no way doubts "what Carlos Quiles and the sisters Alicia and Lucy Rodríguez say" and added, "Under no circumstances do I doubt what the people who were in Chicago when the poem appeared say. What I have is a little doubt about what year specifically he [Corretjer] was at his daughter Consuelo's house in New Jersey and when he gave me the document."

His wife, Emilie Viqueira, indicated that "just as in that interview [the one published in a newspaper of general circulation] Carlos Quiles appears with a document signed by Juan Antonio Corretjer, the poet also handed a signed document to Roy. What we have are two very similar versions."

Although there is no controversy, Roy maintained that "I have no poetic reason in the world to change "Chicago" to "New York" because it even rhymes the same, just like 'nanque', with 'although' [he was born on the moon]."

On December 12, according to the document by Carlos Quiles, sisters Alicia, Lucy, and others will commemorate the fortieth anniversary of "Boricua en la luna."

For that date, they announced the premiere of a new version featuring the voices of Mónica Nieves, Mel Padilla, Amor de Jesús, Andy Rivera, and Angelito Rosario.

"I didn't change that [...]. They say they're going to sing it with a different melody, and that's fine. I don't question the word of Carlos Quiles, whom I know; he's my friend, and I've set his poems to music. But that's my story, and I have the signed document to prove it."

Roy Brown's encounter with Don Juan Antonio Corretjer dates back to the 1970s. In the mid-1970s, he produced the album "Distancias" with Miguel Cubano and José González.

"First, I recorded 'En la vida todo es ir' (In Life Everything Is Going), and Haciendo Punto picked it up and included it on their first album. Silverio Pérez asked me what I was doing, and I told him I was developing 'Distancias,' all by Corretjer. I told Juan Antonio what we were thinking of doing and asked if he'd give us permission. He invited some friends to his house, and José, Miguel, and I presented the 1975 concert 'Distancias' on the balcony. After that, I left Puerto Rico because I had nowhere to play and no way to make a living," recalled Roy, who in 1976, when he released the LP, moved to New York with his then-wife Patria and their daughters Lara and Yari.

In 1985, Corretjer died and Roy finished composing "Boricua en la luna" for a subsequent event in memory of the national poet.

"I've dedicated many years of my life to this. At no point when I did it did I think it would be a success because this man was a persecuted person, and I was persecuted too."

Roy Brown acknowledges that there is no controversy, but that as the singer-songwriter who originally composed the music for Corretjer, it is necessary to clarify his version.

"For me, Alicia and Lucy are sweethearts," he said.

"I find this an interesting story. I don't doubt what my friend Quiles says because, in truth, Corretjer was there on a trip [to Chicago] before giving me the paper. He was in New York,

Official endorsement

FONDO FLAMBOYÁN PARA LAS ARTES
COLECCIÓN PR pop
Fundación Puertorriqueña de las Humanidades
NATIONAL ENDOWMENT for the ARTS arts.gov
National Endowment for the Humanities
TU ARTE RECONSTRUYE PUERTO RICO

The latest


Vanessa Rivera in her 'Caribbean Heartbeats'
JUNE 24, 2025


Eternal dance student
JUNE 22, 2025


Edwin Clemente remembers his mother
JUNE 22, 2025


Armandito's step by step
JUNE 20, 2025


A father with music inside
JUNE 16, 2025

Recent biographies

Gricel Mamery
Mario Ortiz
Rosita Velázquez
Chucho Avellanet
Virginia López
Américo Boschetti
Carlos Ferrari
Mariela Figueroa
Fortunato Vizcarrondo
Pablo Cabrera

Donations

Donate

Standard Bearer 2025



went to Chicago, and then returned to New York and went to visit his daughter, Consuelo, in New Jersey.”




Although Corretjer asked him to set the verses of “Boricua en la luna” to music, Roy was unable to do so before his death in 1985.

“He never heard it. I wrote the song when he died because he asked me to, and it was always on my mind. But I didn't do it until a year after he died.”

In 1997, it was recorded live at Fiel a la Vega's concert in Guaynabo. Performed by the singers, it became a hit, earning recognition as Song of the Year at the Tu Música Awards.

“I learned about New York through Chicago from my poet friend Carlos Quiles. Same with the part about 'manque naciera en la luna' ('even if it was born on the moon') to 'although it was born'. That change was made by Corretjer, not me,” Roy clarified again.

“What he [Juan Antonio] gave me says, 'A laborer from Las Marías was approaching New York.' I have the document. I can't find it, and I don't have the heart to look for it [...] Corretjer gave me that document, and it's signed by him.”

If Roy Brown is sure of one thing, it's that he will continue performing "Boricua en la luna" with the same arrangement and melody as always.

"This song has been sung by half the world, and many people haven't even asked my permission, nor have they paid me royalties. I don't argue with that because the important thing is that my music and Juan Antonio Corretjer's poetry have a future and are heard."

Share Tweet

## Related news



MUSIC

**'Political Pandemic and Something Else' with Los Rayos Gamma**

DECEMBER 11, 2020



MUSIC

**The reason behind 'I am Sammy Marrero'**

DECEMBER 20, 2020



MUSIC

**Carlos Jiménez and his magical 'Woods'**

FEBRUARY 10, 2023



MUSIC

**Join together to bring hope**

OCTOBER 29, 2020



All rights reserved © 2020 National Foundation for Popular Culture. Design and development by: JWV